IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WEI SUN,                                    *

    Plaintiff/Judgment Creditor          *

v.                                          *   Civil No. JFM-97-314

TONY DONG LI, ET AL.,                       *

    Defendants/Judgment Debtors          *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### SUPPLEMENTAL ORDER
### CLARIFYING THE POWERS OF THE TRUSTEE

Upon consideration of the Motion for Supplemental Order Clarifying The Powers Of The Trustee, filed by Plaintiff/Judgment Creditor Wei Sun and Trustee Henry D. McGlade, and any response in opposition thereto, and this Court having expressly determined that the Motion should be granted, it is this _27th_ day of _April_, 2000, by the United States District Court for the District of Maryland:

**ORDERED,** that this Order supplements for the purpose of clarification, and does not replace, this Court's February 25, 1999 Order Substituting Trustee, which Order remains in full force and effect; and it is further,

**ORDERED,** that in accordance with Md. Code Ann., Transp. §13-114 (1998 Replacement Volume), ownership and/or title to the 1995 Ford F-150 Pick-Up Truck, Vehicle Identification Number: 1FTEX14N5SKC16205, is hereby vested in and given to G&S Homes, LLC *nunc pro tunc* to its date of original titling in the name of Tony Dong Li, as that vehicle should never have been titled in the name of Tony Dong Li, but should have then been titled in the name of G&S Homes,



LLC; and it is further,

**ORDERED** that the Trustee, Henry D. McGlade, is authorized and directed to obtain a corrected certificate of title for that vehicle in the name of G&S Homes, LLC from the Motor Vehicle Administration of the State of Maryland; and it is further,

**ORDERED** that Henry D. McGlade, Esq., an attorney duly admitted to this Bar of the Court of Appeals of Maryland and to the Bar of this Court (Bar No. 10602), is hereby appointed as Trustee for the benefit of the Plaintiff, Wei Sun, over the properties and assets of Gemstone Homes, Inc., including but not limited to all of its real and personal property (including specifically, but without limitation, Lots numbered One Hundred Fifty Eight (158), One Hundred Fifty Nine (159) and One Hundred Seventy (170), in the subdivision known as DIAMOND HILLS, Section Seven, as per plats thereof recorded amount the Land Records of Carroll County, Maryland in Plat Book 38, at plats 70, 71, 72, 73, and 74, which have been titled in the name of Gemstone Homes, Inc. pursuant to that certain Deed dated August 18, 1998, and recorded among the Land Records of Carroll County, Maryland in Book 2084, Page 793), and all its subsidiaries and affiliates and the real and personal property of those subsidiaries and affiliates (herein individually and collectively referred to as the "Assets of Gemstone Homes, Inc."); and it is further,

**ORDERED** that the Trustee is hereby authorized and directed to identify, take possession and control of, secure, and sell the Assets of Gemstone Homes, Inc., and then to apply the sale proceeds first to pay the Trustee's compensation and reasonable administrative expenses, then to pay the Plaintiff until his judgment is paid in full, and then to pay from the remaining proceeds, if any, any other valid claims against Gemstone Homes, Inc.; and it is further,

**ORDERED** that the Trustee has the right, power and privilege to act for Tony Dong Li and Colleen MacDonald Li, in their place, name and stead, to all extents and purposes as if each were present and acting, giving and granting unto the Trustee full power in connection with the property known as 2211 Edenbrooke Road, Eldersburg, Maryland and described as "Lot Six (6) in the subdivision known as "Cluster Subdivision, Final Plat, MARRIOTT WOOD I", as per plat thereof recorded among the Land Records of Carroll County, Maryland in Plat Book 37, as plat 39." (the "Property"):

    a. To bargain, sell, lease, mortgage, grant, convey, transfer or otherwise dispose or encumber, all of their right title and interest in and to the Property, on such terms and prices as the Trustee deems appropriate;

    b. To receive the proceeds, if any, of any such grant, sale, conveyance, mortgage or other transfer of the Property, and to execute, acknowledge and deliver good and sufficient deeds, mortgages, or other documents incident to such grant, sale, mortgage, conveyance or other transfer;

    c. To collect, sue for, compromise, or otherwise dispose of any claim, debt, rents, or share in connection with the Property;

    d. To institute, defend, compromise, arbitrate, or otherwise prosecute or dispose any and all actions, suits, attachments, liens, or other legal or administrative proceeding in connection with the Property;

    e. To make any payments which the Trustee may deem necessary or proper in connection with the Property;

    f. To do any and all things in connection with the Property, whether or not specifically enumerated above, which Tong Dong Li or Colleen MacDonald Li could do if personally present, without the obligation on the part of any person dealing with the Trustee to ask for further authorization as a prerequisite to obligating Tony D. Li or Colleen MacDonald Li in any manner, and without obligation on the part of any person dealing with the Trustee to see to the application of any funds, proceeds or property passing to the Trustee or in connection with the Property or any transaction or gift of the Property; and

Dated: _April 27, 2000_           _____
                                                            JUDGE, United States District Court for the District of Maryland

cc:

Robert W. Guth, Esq.
10320 Little Patuxent Parkway, Suite 1200
Columbia, Maryland 21044-3313

John Doud, Esq.
19 W. Cold Spring Lane
Baltimore, Maryland 21210

Henry D. McGlade, Esq.
846 Ritchie Highway, 2nd Floor
Severna Park, Maryland 21146

Robert A. Goering, Esq.
128 East 6th Street
Cincinnati, OH 45202
Bankruptcy Attorney for Colleen Lee

Arthur J. Schuh, Esq.
2662 Madison Road
Cincinnati, OH 45208-1332
Chapter 7 Trustee for Colleen Lee

James P. Koch, Esq.
Suite 403
1101 St. Paul Street
Baltimore, Maryland 21202
Bankruptcy Attorney for Tony Dong Li

Kim Y. Johnson, Esq.
Suite 1400
7 St. Paul Street
Baltimore, MD 21202
Chapter 7 Trustee for Tony Dong Li