# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 SEP -7 P 3: 01

CLERK'S OFFICE
AT BALTIMORE

Y_____DEPUTY

| | | |
|---|---|---|
| WEI SUN, | * | |
| Plaintiff/Judgment Creditor | * | |
| v. | * | Civil No. JFM-97-314 |
| TONY DONG LI, *ET AL.*, | * | |
| Defendants/Judgment Debtors | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION of the Motion for Order Declaring a 1996 Volvo Station Wagon to be Subject to the Constructive Trust and any responses filed in opposition thereto, and this Court have expressly determined that the Motion should be granted, it is this ____ day of _____, 2000 by the United States District Court for the District of Maryland:

**ORDERED** that the Motion for Order Declaring a 1996 Volvo Station Wagon to be Subject to the Constructive Trust be and the same hereby is **GRANTED**; and it is further,

**ORDERED** that the 1996 Volvo Station Wagon VIN #YV1LW5549T2243121 is an asset of the Constructive Trust previously established in the above-captioned action; and it is further,

**ORDERED** that the 1996 Volvo Station Wagon VIN #YV1LW5549T2243121 never should have been titled in the name of Tony Dong Li and/or Colleen MacDonald Li, but instead should have been titled in the name of G&S Homes, LLC; and it is further,

**ORDERED** that the Trustee obtain a corrected certificate of title in the name of G&S Homes, LLC; and it is further,



**ORDERED** that in accordance with Md. Code Ann., Transp. §13-114 (1998 Replacement Volume), ownership and/or title to the 1996 Volvo Station Wagon is hereby vested in and given to G&S Homes, LLC *nunc pro tunc* to its date of original titling to Tony Dong Li and/or Colleen MacDonald Li.

 

                                                    _____
                                                    J. Frederick Motz
                                                    United States District Judge